**Linda S. SHENWICK, Petitioner**

v.

**GENERAL SERVICES ADMINISTRATION, Respondent.**

No. 2015–3047.

United States Court of Appeals, Federal Circuit.

Sept. 11, 2015.

James F. Peterson, Judicial Watch, Washington, DC, argued for petitioner.

Amelia Lister–Sobotkin, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Allison Kidd–Miller, Robert E. Kirschman, Jr., Benjamin C. Mizer; F. Allen Phaup II, General Services Administration, Washington, DC.

**692**

DYK, TARANTO, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**